Isabel Osorio, peticionaria y apelada, *v.* Providencia Planis, opositora y apelante.

No. 5557.—*Sometido:* Junio 25, 1931. *Resuelto:* Julio 9, 1931.

*J. A. López,* abogado de la apelante; *González Fagundo & González Jr.,* abogados de la apelada.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Providencia Planis apela de una resolución que le negó intervención en la declaratoria de herederos de Román Boada promovida por Isabel Osorio a nombre de varios hijos suyos menores de edad.

El interés alegado por la apelante para que se le permita intervenir aparece en la demanda de intervención en la siguiente manera:

"2. Que no es cierto que Román Boada falleciera sin otorgar testamento, y de contrario afirma la opositora que Román Boada otorgó testamento ológrafo en esta ciudad de Caguas, P. R., dejando todos sus bienes a la compareciente."

Esa alegación no es suficiente para dar derecho a la apelante a intervenir en la expresada declaratoria de herederos por no alegar que la corte de distrito del último domicilio del testador o la del lugar en que éste hubiese fallecido en esta Isla haya ordenado su protocolización como tal testamento, ya que los de esta clase no son testamentos ante la ley hasta que la expresada corte haya decretado su protocoliza-

ción por reunir los requisitos que para esa clase de disposiciones testamentarias dispone el Código Civil en sus artículos 696, 698 y 702.

Las partes dicen en sus alegatos que la corte de distrito negó la protocolización de dicho testamento y que esa resoción ha sido apelada, pero nada de esto aparece en los autos que tenemos ante nosotros.

*La resolución apelada debe ser confirmada.*